CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. FILED

MAY 2 0 2010

JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION


UNITED STATES OF AMERICA

Case No. 5:10-CR-00011

v.

**O R D E R**

By: Samuel G. Wilson
United States District Judge

JOSE  HERNANDEZ  JUAREZ


It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea.


ENTER: May ____, 2010

_____
United States District Judge